KIRBY, ADMINISTRATOR OF GRANT, v. CLARK.

Trover lies by an administrator for goods taken and converted in the lifetime of the intestate.

ACTION of trover for goods converted by the defendant in the lifetime of the intestate. The question put to the court was — Whether the administrator may have this action for goods converted in the lifetime of the intestate?

By the COURT. The action lies in favor of the administrator for goods taken and converted by the defendant in the lifetime of his intestate.